# EXHIBIT
# 11

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| 2. A lamp comprising: | The Accused Instrumentality comprises a lamp.<br> |
| at least a first heat sink structure; | The Accused Instrumentality comprises at least a first heat sink structure. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| | |
| at least a first power supply element; | The Accused Instrumentality comprises at least a first power supply element. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| | |
| at least a first solid state light emitter; | The Accused Instrumentality comprises at least a first solid state light emitter. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
|  | |
| at least a first base housing; | The Accused Instrumentality comprises at least a first base housing. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| | First Base Housing |
| a plurality of arms; and | The Accused Instrumentality comprises a plurality of arms. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
|  | |
| a base, | The Accused Instrumentality comprises a base. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| | |
| the first heat sink structure defining at least a first internal space, | The Accused Instrumentality comprises a first heat sink structure defining at least a first internal space. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
|  | |
| the first solid state light emitter on a first surface of the first heat sink structure that is opposite from a second surface of the | The Accused Instrumentality comprises at least a first solid state light emitter on a first surface of the first heat sink structure that is opposite from a second surface of the first heat sink structure that faces the internal space. |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| first heat sink structure that faces the internal space, |  |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| at least a portion of the first power supply element inside a space defined by the first base housing, at least portions of the arms extending from the first base housing to the base, | The Accused Instrumentality comprises at least a portion of the first power supply element inside a space defined by the first base housing, at least portions of the arms extending from the first base housing to the base.<br><br> |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9030120

Title: Heat sinks and lamp incorporating same

Accused Instrumentality: PLTS-12294 (Corn Lamp)

| Claim Language | Accused Instrumentality |
|---|---|
| the first heat sink structure supported on the base. | The Accused Instrumentality comprises a first heat sink structure supported on the base.<br> |