# EXHIBIT 12

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| 1. An emergency lighting apparatus comprising: | The Accused Instrumentality comprises an emergency lighting apparatus.<br><br><br><br>https://www.1000bulbs.com/product/225664/PLT-12578.html |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| | |
| a passive resonant converter circuit configured to be coupled to an emergency lighting module and to an input | The Accused Instrumentality comprises a passive resonant converter circuit[1] configured to be coupled to an emergency lighting module and to an input end of a group of solid state emitters, at which the group of solid state emitters receives a normal operation current from an LED drive. For example, the solid state emitters receive a normal operation current from the LED driver. |

---

[1] "The resonant circuit 120 may include a CL filter circuit including a capacitor 124 and an inductor 122 connected in a parallel/series arrangement." ('866 Patent at 7:3-5)

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| end of a group of solid state emitters, at which the group of solid state emitters receives a normal operation current from an LED driver, |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
| --- | --- |
|  |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
| --- | --- |
| |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
|  | |
| wherein the passive resonant converter circuit is configured to receive an emergency operation current from the emergency lighting module and to provide | The Accused Instrumentality comprises a passive resonant converter circuit is configured to receive an emergency operation current from the emergency lighting module and to provide a converted emergency operation current to the group of solid state emitters at an emergency input of the group of solid state emitter in response to the emergency operation current. For example, the emergency operation current is provided by a backup battery that operates at 5W. |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| a converted emergency operation current to the group of solid state emitters at an emergency input of the group of solid state emitters in response to the emergency operation current. |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9137866

Title: Emergency lighting conversion for LED strings

Accused Instrumentality: PLT-12578 (Emergency LED Wall Pack)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |