Patent Number: US9169977

Title: LED lamp

Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim Language | Accused Instrumentality |
| --- | --- |
| 1. A lamp comprising: | The Accused Instrumentality comprises a lamp.<br><br>**4490 Lumen Max - 34 Watt Max - 4 ft. x 10 in. Wattage and Color Selectable Wide Body LED Wraparound Fixture**<br>Arc Shaped Lens - Watts 25-30-34 - Kelvin 3500-4000-5000 - 120-277 Volt - PLT-80057<br><br>• 138 **Lumens** per Watt<br>• **LED L70** lifetime of 100,000 hours<br>• Wide Body covers conceals marks left from previous fixture<br>• Replaces a 2-lamp fluorescent fixture<br>• 0-10 Volt dimmable<br>• Features **Seoul Semiconductor** LED chips<br>• **UL** rated for damp locations<br>• 2kV surge protection<br>• **DLC** Standard 5.1<br><br>Invest in your high-ceiling location lighting with PLT's wattage and color selectable LED wraparound fixture that provides up to 4488<br><br>**SKU:** PLT-80057<br>**$76.30** ea.<br>− 1 +<br>98 In Stock<br>Warehouse #7<br>Add to Cart<br><br>www.1000bulbs.com/product/229452/PLT-80057.html |
| an enclosure comprising a generally planar base and an optically transmissive lens; | The Accused Instrumentality comprises an enclosure comprising a generally planar base and an optically transmissive lens. |

Patent Number: US9169977

Title: LED lamp

Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9169977

Title: LED lamp

Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim Language | Accused Instrumentality |
|---|---|
| a plurality of LEDs mounted in the enclosure and operable to emit light through the lens when energized through an electrical path, the plurality of LEDs defining a plane; | The Accused Instrumentality comprises a plurality of LEDs mounted in the enclosure and operable to emit light through the lens when energized through an electrical path, the plurality of LEDs defining a plane.   |

Patent Number: US9169977

Title: LED lamp

Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim Language | Accused Instrumentality |
|---|---|
| | |
| a portion of the lens extending behind the plane of the plurality of LEDs and the base having a first width and the lens having a second internal width at its widest portion in front of the plane where the second internal width is greater than the first width such that a portion of the light is emitted as backlight behind the plane. | The Accused Instrumentality comprises a portion of the lens extending behind the plane of the plurality of LEDs and the base having a first width and the lens having a second internal width at its widest portion in front of the plane where the second internal width is greater that the first width such that a portion of the light is emitted as backlight behind the plane. |

Patent Number: US9169977

Title: LED lamp

Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9169977

Title: LED lamp

Accused Instrumentality: PLT-80057 (Wraparound Fixture)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |