Patent Number: US9222659

Title: LED Lamp

Accused Instrumentality: PLT-50151 (LED PL LAMP 4000k - Type A)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| [1] | 1. A lamp comprising: | The Accused Instrumentality is a lamp. |
| [1a] | an enclosure at least partially optically transmissive; | The Accused Instrumentality comprises an at least partially optically transmissive enclosure. |

Patent Number: US9222659

Title: LED Lamp

Accused Instrumentality: PLT-50151 (LED PL LAMP 4000k - Type A)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | <br>Partially Optically Transmissive Enclosure |
| [1b] | at least one LED in the enclosure operable to emit light through the enclosure when energized through an electrical path; | The Accused Instrumentality comprises at least one LED in the enclosure operable to emit light through the enclosure when energized through an electrical path. |

Confidential
Claim Chart

Patent Number: US9222659

Title: LED Lamp

Accused Instrumentality: PLT-50151 (LED PL LAMP 4000k - Type A)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9222659

Title: LED Lamp

Accused Instrumentality: PLT-50151 (LED PL LAMP 4000k - Type A)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| [1c] | a first pair of pins mounted in a control member, the control member being freely rotatable relative to the enclosure and being in the electrical path. | The Accused Instrumentality comprises a first pair of pins mounted in a control member, the control member being freely rotatable relative to the enclosure and being in the electrical path |

Patent Number: US9222659

Title: LED Lamp

Accused Instrumentality: PLT-50151 (LED PL LAMP 4000k - Type A)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | As one example, the images below show the control member being rotated to a first position and a second position, which demonstrates that the control member is freely rotatable: |

Patent Number: US9222659

Title: LED Lamp

Accused Instrumentality: PLT-50151 (LED PL LAMP 4000k - Type A)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |