# EXHIBIT 15

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| [1] | 1. A lamp, comprising: | The Accused Instrumentality is a lamp.<br><br> |

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1a] | a solid state light source emitting a substantially forward emission pattern; | The Accused Instrumentality comprises a solid state light source emitting a substantially forward emission pattern. |

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | Solid State Light Source |
| [1b] | a diffuser to alter said forward emission pattern so that said lamp emits an emission pattern comprising greater uniformity than said forward emission pattern; | The Accused Instrumentality comprises a diffuser to alter said forward emission so that said lamps emits an emission pattern comprising greater uniformity than said forward emission pattern. |

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | |
| [1c] | wherein the diffuser comprises a plurality of diffuser attributes that are used to control a desired emission profile for the lamp; and | The Accused Instrumentality comprises a diffuser comprising a plurality of diffuser attributes that are used to control the desired emission profile for the lamp. For example, the diffuser contains a plurality of diffuser attributes that control the emissions from the 8 LEDs. The diffuser attributes are circular and help control the light emissions of the LED (e.g., by directing and guiding light from the LEDs). |

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1d] | wherein said diffuser comprises varying scattering properties over its surface based on the desired emission profile for the lamp. | The Accused Instrumentality comprises a diffuser comprises varying scattering properties over its surface based on the desired emission profile for the lamp. For example, the diffuser comprises surface texturing. |

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | <br>Magnified image of the varying scattering properties[1]. The recesses/roughness of the diffuser scatter light by cause light to reflect and disperse at different angles. |

---

[1] From the spec:
"There are at least four attributes or characteristics of the diffuser that can be used to control the output beam characteristics for the lamp… The third is diffuser scattering properties including the nature of the scattering layer and smoothness/roughness of the diffuser surfaces."

Confidential
Claim Chart

Patent Number: US9310030

Title: Non-uniform diffuser to scatter light into uniform emission pattern

Accused Instrumentality: PLT-11938 (LED 7 W MR16 GU5.3 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | |