# EXHIBIT 16

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| [1] | 1. A lamp comprising: | The Accused Instrumentality bulb is a lamp. |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1a] | An at least partially optically transmissive enclosure; | The Accused Instrumentality comprises a partially optically transmissive enclosure. |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | Partially Optically Transmissive Enclosure |
| [1b] | a base; | The Accused Instrumentality comprises a base. |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | |
| [1c] | a LED assembly comprising at least one LED, the LED assembly being located in the enclosure and the at least one LED operable to emit light when energized through an electrical path from the base; | The Accused Instrumentality comprises a LED assembly comprising at least one LED, the LED assembly being located in the enclosure, wherein the LED is operable to emit light when energized through an electrical path from the base. |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | Electrical Path from Base for energizing LED assembly |
| [1d] | a heat sink comprising a heat conducting portion that extends in an axial direction and is thermally coupled to the at least one LED assembly, the LED assembly encircling the heat conducting portion; and | The Accused Instrumentality comprises a heat sink comprising a heat conducting portion that extends in an axial direction and is thermally coupled to the at least one LED assembly, wherein the LED assembly encircles the heat conducting portion. |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | LED Assembly thermally coupled to and encircling the heat conducting portion |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| 1[e] | a retention member for restraining the LED assembly from moving relative to the heat conducting portion in the axial direction. | The Accused Instrumentality comprises a retention member for restraining the LED assembly from moving relative to the heat conductive portion in the axial direction. |

Confidential
Claim Chart

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9435528

Title: LED lamp with LED assembly retention member

Accused Instrumentality: PLT-13636 (PS30 Bulb)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |