# EXHIBIT 17

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| [1] | 1. An optical arrangement for a solid-state lamp, the optical arrangement comprising: | The Accused Instrumentality comprises an optical arrangement for a solid-state lamp.<br><br> |

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1a] | a total internal reflection (TIR) optical element including an outer surface with a conic shape that internally reflects light; and | The Accused Instrumentality comprises a TIR optical element[1] that includes an outer surface with a conic shape that internally reflects light. |

---

[1] "A TIR optic is essentially a lens made of transparent material designed in such a way that light, once having entered into the transparent media, encounters the side walls of the lens at angles greater than the critical angle, resulting in total internal reflection.  Thus, a TIR optic can also serve as a reflector. Typical TIR optical elements include one or more entry surfaces, one or more exit surfaces, and a sidewall or outer surface that internally reflects light.  The sidewall is often curved in shape, so that light rays hitting at various angles depending on where on the sidewall a ray is striking, will always be reflected at an angle greater than the critical angle.  As one example, a TIR optic outer surface may have a conic shape as defined by the formula"

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | |

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | Outer Surface<br><br>The TIR element is designed to internally reflect light[2]. For example, when a laser is emitted through the bottom of the optical element the |

---

[2] Some light can leak from the TIR element- from the spec:

"Although TIR optical elements internally reflect light from their curved surfaces to concentrate light, some stray light does escape through the internally reflective surfaces, and can be recaptured with an appropriately designed secondary reflector. Such an optical arrangement can be used to improve the efficiency of a solid-state lamp such as an LED lamp used to replace a standard incandescent or halogen lamp or bulb."
"However, despite the fact that these optical elements are referred to as total internal reflection optics, the TIR characteristics of such optical elements are of course not perfect. Light suffers absorption loss associated with the transparent resin. Typical absorption loss of a TIR optic is directly related to the material used to create it. Absorption loss in acrylic is around a few percent. In polycarbonate absorption loss is typically 5% more for a similarly sized optic. TIR optical elements also suffer from interface losses (reflections at the interface between air and the optical media or vice versa) and "lost" light that hits the sidewalls of the optic and passes through the sidewall rather than being reflected. "

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | | light is reflected internally, which results in the light exiting the top of the optical element.<br><br> |

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | |  |

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| [1b] | a highly reflective secondary reflector, substantially conformal to, outside, and spaced a small gap away from the outer surface. | The Accused Instrumentality comprises a highly reflective secondary reflector that substantially conforms to, outside, and spaced a small gap away from the outer surface. Highly Reflective Secondary Surface |

Patent Number: US9470882

Title: Optical arrangement for a solid-state lamp

Accused Instrumentality: PLT-11141 (LED 7W PAR20 4000k)

| Claim Element | Claim Language | Accused Instrumentality |
|---|---|---|
| | |  |