Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| [1] | 1. A lamp comprising: | The Accused Instrumentality troffer comprises a lamp.<br><br><br><br>www.1000bulbs.com/product/230419/PLT-80066.html |
| 1[a] | a LED lamp comprising: | The Accused Instrumentality comprises an LED lamp.<br><br> |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1b] | a base comprising a substantially planar member having a first side and a second side; | The Accused Instrumentality comprises a base comprising a substantially planar member having a first side and a second side. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | |  |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1c] | a plurality of LEDs attached to the first side of the base; | The Accused Instrumentality comprises a plurality of LEDs attached to the first side of the base |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| [1d] | a lens mounted to the base, the lens covering the plurality of LEDs; | The Accused Instrumentality comprises a lens mounted to the base, wherein the lens covers the plurality of LEDs. <br><br> |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| | a power supply comprising a driver being mounted to the second side of the base opposite to the plurality of LEDs, the power supply providing power to the LEDs to illuminate the LEDs; and | The Accused Instrumentality comprises a power supply comprising a driver mounted to the second side of the base opposite the plurality of LEDs, the power supply providing power to the LEDs. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | |  |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| [1e] | a first electrical connector for providing power to the power supply; | The Accused Instrumentality comprises a first electrical connector for providing power to the power supply. For example, the black and white wires are the electrical connector that provides power to the power supply. The wires are intended to connect to an external power source/supply.<br><br><br><br>First Electrical Connector |
| [1f] | a troffer housing for mounting the LED lamp comprising: | The Accused Instrumentality comprises a troffer housing for mounting the LED lamp. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | |  |
| [1g] | a wire way comprising a trough defining a recessed interior for receiving the power supply; | The Accused Instrumentality comprises a wire way comprises a trough defining a recessed interior for receiving the power supply. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  |  |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [1h] | a second electrical conductor adapted to be connected to a source of power; | The Accused Instrumentality comprises a second electrical conductor adapted to be connected to a source of power. For example, the LEDs are connected to the power supply via a second electrical conductor. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | |
| [1i] | wherein the LED lamp is secured to the troffer housing, the power supply is located in the wire way, the base is removably attached to the housing and covers the trough to enclose the recessed interior of the wire way and the first electrical connector and the second | The Accused Instrumentality comprises an LED lamp secured to the troffer housing, the power supply is located in the wire way, the base is removably attached to the housing and covers the trough to enclosure the recessed interior of the wire way and the first electrical connector and the second electrical conductor are in the enclosed recessed and are connected to each other. For example, the base covers the recessed interior, and the first electrical connector is connected to the second electrical conductor via the power supply. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | electrical conductor are in the enclosed recessed interior and first electrical connector is connected to the second electrical conductor. | |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| | | |
| [6] | 6. The lamp of claim 1 wherein the plurality of LEDs extend for substantially the length of the base. | The Accused Instrumentality comprises a plurality of LEDs that extend for substantially the length of the base. |

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
| [7] | 7. The lamp of claim 1 wherein the plurality of LEDs are removable from the base. | The Accused Instrumentality comprises a plurality of LEDs that are removable from the base. For example, there are removable connectors that mount the LEDs to the base. When the connectors are removed, the plurality of LEDs are removable from the base.<br><br><br>Connector mounting LEDs to the base |

Confidential
Claim Chart

Patent Number: US9534767

Title: LED Lamp

Accused Instrumentality: PLT-80066 (Vapor Tight Fixture)

| Claim Elements | Claim Language | Accused Instrumentality |
|---|---|---|
|  |  | |