# EXHIBIT
# 19

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A lamp comprising: an enclosure; | The Accused Instrumentality is a lamp comprising an enclosure.<br><br>Buy 270 Lumens 4W 2700K LED MR16 Lamp 20W Equ \| 1000Bulbs \| 1000Bulbs.com |
| a base comprising an electrically conductive connector and an electrically non-conductive housing portion; | The Accused Instrumentality comprises an electrically conductive connector and an electrically non-conductive housing portion. |

Page **1** of **10**
Confidential
Claim Chart

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
|  |  |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |
| at least one LED located in the enclosure and operable to emit light when energized through an electrical path from the base; | The Accused Instrumentality comprises at least one LED located in the enclosure and operable to emit light when energized through an electrical path from the base. |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
|  |  |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
| --- | --- |
| | |
| a heat sink connected to the housing portion comprising a heat dissipating portion that is at least partially exposed to the ambient environment and comprises a plurality of fins, the plurality of fins on the exterior of the lamp | The Accused Instrumentality comprises a heatsink connected to the housing portion. The heatsink comprises a heat dissipating portion that is exposed to the ambient environment and comprises a plurality of fins, wherein the fins are on the exterior of the lamp and extend over the housing portion. |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
| and each of the plurality of fins extending over at least one of the housing portion and the enclosure. | |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
| --- | --- |
| | The plurality of fins extend over the housing portion. |

Patent Number: US9651239

Title: LED Lamp and heat sink

Accused Instrumentality: PLT - LC-LEDMR163527KE (MR16 3.5W 2700k)

| Claim Language | Accused Instrumentality |
|---|---|
| |  |